COMMONWEALTH *vs.* ANTHONY CIMINERA (and two companion cases[1]). November 3, 1981.  We allowed the defendants' petitions for further appellate review.  The defendants claimed that in considering whether extraneous prejudicial information reached the jury, the trial judge and the Appeals Court incorrectly interpreted *Commonwealth v. Fidler,* 377 Mass. 192 (1979).  The defendants also claimed error in the denial of their motions for a new trial.

We have reviewed the entire record.  We are in substantial agreement with the reasoning of the Appeals Court.  See *Commonwealth v.*

---

[1] Francis A. Thone.

[1] Commonwealth *vs.* David Jarjura and Commonwealth *vs.* George Navikauskis.

*Ciminera*, 11 Mass. App. Ct. 101 (1981). We find no reversible error, and we affirm.

> *Denial of motions for a new trial affirmed.*
> *Judgments of the Superior Court affirmed.*

*Thomas P. McCusker, Jr.*, for Anthony Ciminera (*John F. Sheehan*, for David Jarjura, with him).

*John P. Courtney* for George Navikauskis.

*Charles J. Hely*, Assistant District Attorney, for the Commonwealth.